UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Nicholas Martin
                                    Plaintiff,
v.                                                      Case No.: 1:09−cv−05726
                                                        Honorable William T. Hart
J.C. Christensen and Associates, Inc.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 15, 2010:

   MINUTE entry before Honorable William T. Hart:Motion hearing held. Plaintiff's motion for class certification [15] is denied without prejudice. Joint motion for preliminary approval of class settlement agreement [26] is granted; parties are to submit revised notice and revised signature order. Fairness hearing set for 9/16/2010 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.