# EXHIBIT A

May 21, 2010                                                                 Redacted

Edelman, Combs, Latturner & Goodwin, LLC (#23483)
120 S. LaSalle St. Suite 1800
Chicago, IL 60603

To Whom It May Concern:

    Please exclude me the *Martin v. J.C. Christensen & Associates, Inc.*, No. 09-cv-5726 (N.D. Ill.) settlement.

Sincerely,

*[signature]*

Kathryn Klein
[redacted]



CAROL STREAM IL 601

Edelman, Combs, Latturner + Goodwin, LLC (#23183)
120 S. LaSalle Street
Suite 1800
Chicago, IL 60603

Kathryn Klein

Redacted

To Whom it may Cocern.

Hi I am not intresting to be INvoded in the Lawsuit + want to be excluded from Martin - Jc - Christenson + Assocation INC. NO# 09-CV-5726.

I am deaf + Sign Language.

My name is Kathy Michael

Address - [Redacted]

Phone (VP) # [Redacted]

Thanks
Sincerely,
Kathy Michael



Kathy Michael

EDELman, Combs, Latturner +
Goodwin LLC (#23483)
120 S. Lasalle ST. Suite 1800
Chicago, Illinois 60603

Redacted

Reference: Martin v. J.C. Christensen & Associates, Inc., No. 09-cv-5726 (N.D. Ill.)

Please make it known that I wish to be included in this case and do not wish to give up any rights. I did not personally receive this later until 09/10/2010.

Thank you,

Jonathan Bass



REDACTED



CAROL STREAM IL 601

28 SEP 2010 PM 5 T

Edelman, Combs, Latturner & Goodwin
120 S. LaSalle Street, Suite 1800
Chicago, IL. 60603

REDACTED



Mr. Jonathan Bass