# APPENDIX A

Order Form (01/2005)  Case 1:05-cv-03133    Document 17    Filed 10/21/2005    Page 1 of 3

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 3133 | DATE | October 21, 2005 |
| CASE TITLE | Daniel Schultz vs. Oxford Mgmt. Servs., Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Attorneys' Fees and Costs [14-1] is **granted**. The Court awards Plaintiff $2427.07, which includes $2108.00 in attorneys' fees and $319.07 in costs.

■[ For further details see text below ]    Docketing to mail notices

---

### STATEMENT

On July 12, 2005, the Court entered judgment in favor of Plaintiff pursuant to Defendant's Rule 68 Offer of Judgment in this Fair Debt Collection Practices Act ("FDCPA") case. Thereafter, the parties engaged in discussions to determine the amount of Plaintiff's reasonable attorneys' fees and costs. The discussions broke down over a few discrete points of contention -- such as $9.07 in postage and $40.00 for a process server -- and Plaintiff filed the present Motion for Attorneys' Fees and Costs on August 31, 2005. The Court gave Defendant until September 28, 20005 to respond to Plaintiff's motion [16-1]. Defendant failed to file a response or other objection. For the following reasons, Plaintiff's motion is **granted**.

District courts have discretion in determining to what extent prevailing parties may be awarded costs. *See Weeks v. Samsung Heavy*

## STATEMENT

*Indus. Co., Ltd.*, 126 F.3d 926, 945 (7th Cir. 1997) (citing 28 U.S.C. §
1920; Fed. R. Civ. P. 54(d)). Under the FDCPA, a prevailing party is
also entitled to reasonable attorney's fees as part of costs. *Zagorski
v. Midwest Billing Servs., Inc.*, 128 F.3d 1164, 1165-66 (7th Cir. 1997)
(citing 15 U.S.C. § 1692k(a)(3); 42 U.S.C. § 1988(b)). For Plaintiff to
recover its costs, the Court must find that the expenses are reasonable.
*See Deimer v. Cincinnati Sub-Zero Products, Inc.*, 58 F.3d 341, 345 (7th
Cir. 1995).

Plaintiff seeks $2108.00 in attorneys' fees and $319.07 in costs.
These fees and costs include the time spent on the case prior to the
Court's entry of judgment and the additional time spent negotiating and
filing the present motion for fees and costs. The Court finds the
request for fees and costs wholly reasonable in light of Plaintiff's
demonstrated good faith attempts to come to an agreement over the
appropriate amount for fees and costs. (*See* Mtn., Exhs.) Plaintiff's
fee request is reasonable both in the time frame and hourly rate, which
was calculated using the accepted "lodestar" method. (*Id.*, Appx. A).
The costs are reasonable both in content and in scope, which is limited
to only reimbursement requests for the time frame prior to the Court's
entry of judgment.

Defendant's unwillingness to come to an agreement because of their
objections over postage, process server, and photocopying charges
totaling less than $100.00 is patently unreasonable. Plaintiff even
offered to cut their photocopying charges by more than half, from $43.54
to $20.00, and informed Defendant that if the parties could not reach an
agreement, then Plaintiff would seek additional fees for time spent on

## STATEMENT

the present motion. (*Id.*, Exh. B). Further, Defendant's suggestion during the negotiations "that the Court should refuse to award any costs because the complaint was frivolous" is wholly unwarranted and contradicts Defendant's Offer of Judgment to pay reasonable fees and costs. (*Id.* ¶ 9 & Exh. B).

Accordingly, the Court **grants** Plaintiff's motion and awards Plaintiff $2427.07, which includes $2108.00 in attorneys' fees and $319.07 in costs (which discounts the photocopying charges by more than half, from $341.32 to $319.17 total costs).

# APPENDIX B

1

1       IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION

3

4   ALLEN LEVIN,                          )  No. 03 C 2160
                                          )
5               Plaintiff,                )  Chicago, Illinois
                                          )  September 15, 2004
6         v.                              )  9:45 a.m.
                                          )
7   KLUEVER & PLATT, LLC,                 )
                                          )  Fairness Hearing
8               Defendant.                )
                                          )
9                                         )

10              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JOHN W. DARRAH
11

12  APPEARANCES:

13  For the Plaintiff:     EDELMAN, COMBS, LATTURNER
                           & GOODWIN, LLC, by
14                         MR. FRANCIS RICHARD GREENE
                           120 South LaSalle Street - 18th Floor
15                         Chicago, Illinois 60603

16  For the Defendant:     HINSHAW & CULBERTSON, by
                           MR. DAVID MATTHEW SCHULTZ
17                         222 North LaSalle Street - Suite 300
                           Chicago, Illinois 60601

18

19         Valarie Harris Ramsey - Official Court Reporter
              219 South Dearborn Street - Room 1212
20                  Chicago, Illinois 60604
                       (312) 435-6891
21

22

23

24

25

1     THE CLERK: 03 C 2160, Levin versus Kluever & Platt.

2     MR. GREENE: Good morning, Your Honor. Francis

3 Greene for the plaintiff.

4     THE COURT: Good morning, Mr. Greene.

5     MR. SCHULTZ: David Schultz for defendant.

6     THE COURT: Good morning, Mr. Schultz.

7     I'm sorry for the delay, counsel.

8     I had looked at this. I reviewed the -- I read the

9 memorandum in support of the settlement agreement. I looked

10 at the settlement agreement itself. And you've also attached

11 a proposed order and additional material supporting the prayed

12 for relief as to attorney's fees and the like.

13     The final order I find is fair and reasonable, and I

14 find that the appropriate notice has been provided. I find

15 that the class is appropriate pursuant to Rule 23. I will

16 approve the terms and conditions of the settlement agreement,

17 and I find that the agreement was made in good faith and is a

18 fair resolution of the dispute between the parties.

19     Specifically as to the issue of attorney's fees, I

20 find that the amount prayed for, that's $19,500, is fairly

21 supported by the material attached in support of the prayer

22 for fees. I find that the amount of fees as well as the

23 proposed hourly rate is fair and reasonable and is consistent

24 with a matter of this nature in this community. And,

25 therefore, I will enter an order of final approval.

1        You've prepared a proposed order and attached it to
2  an exhibit.  Shall I just use this order, or do you have a
3  clean one?

4        MR. GREENE:  There are actually kind of two small
5  points that Your Honor needs to decide and then -- because the
6  final order that I submitted kind of gives two different
7  options.  One issue is we -- under the settlement agreement,
8  Mr. Levin, the plaintiff, is going to get a thousand dollars.
9  We've asked for an additional 500 hundred dollars for his
10  services as a class representative.

11        THE COURT:  I see.  And I'm going to award 1500.
12  I'll award the additional 500.

13        MR. SCHULTZ:  Can I comment to that, Your Honor?

14        THE COURT:  Sure.  Lets hear an argument on $500.  Go
15  ahead.  No, go ahead.

16        MR. SCHULTZ:  Either the class will get 6,000 or will
17  get 5500, so it's taking something from the class, and the
18  statute says that what the court can award is a thousand, 69
19  2K.

20        THE COURT:  Is that right, Mr. Greene, that I don't
21  have the authority to award in excess of a thousand?

22        MR. GREENE:  For his statutory damages.

23        THE COURT:  What's the authority, then, for the
24  additional 500 bucks?

25        MR. GREENE:  The authority is this is just something

4

1  that's done, I mean.

2      THE COURT:  Then I will amend what I said a moment

3  ago and award one thousand dollars.

4      What's the other difficulty in the order?

5      MR. GREENE:  259 claim forms were received on a

6  timely basis.  There were 21 that were received after the due

7  date, and we're requesting that those 21 claim forms that were

8  received that were untimely be deemed timely and that they --

9      THE COURT:  Any objection to that?

10     MR. SCHULTZ:  No objection.

11     THE COURT:  I think that's fair and will deem the

12 additional 21 claims to be deemed as having been received in a

13 timely fashion.

14     MR. GREENE:  In light of Your Honor's rulings, maybe

15 what I'll do is just bring a revised order later in the day.

16     THE COURT:  Okay.  Thanks.

17     MR. GREENE:  Thank you.

18     MR. SCHULTZ:  Thank you.

19     *     *     *     *     *     *     *

20              C E R T I F I C A T E

21

22     I hereby certify that the foregoing is a true and

23 correct transcript of the above-entitled matter.

24

25 _____          _____
   Official Court Reporter                       Date

# APPENDIX C



# UNITED STATES ATTORNEY'S OFFICE
## FOR THE DISTRICT OF COLUMBIA

555 4TH STREET, NW
WASHINGTON, DC 20530
(202) 514-7566

SEARCH

HOME

U.S. ATTORNEY

ABOUT US

DIVISIONS

COMMUNITY
PROSECUTION

PROGRAMS
FOR YOUTH

VICTIM WITNESS
ASSISTANCE

PARTNERSHIPS

PRESS RELEASES

EMPLOYMENT

ESPAÑOL

CONTACT US

LINKS

SITE MAP

## LAFFEY MATRIX 2003-2010

(2009-10 rates are unchanged from 2008-09 rates)

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

| Experience | 03-04 | 04-05 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 | 10-11 |
|---|---|---|---|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 | 440 | 465 | 465 | 475 |
| 11-19 years | 335 | 345 | 360 | 375 | 390 | 410 | 410 | 420 |
| 8-10 years | 270 | 280 | 290 | 305 | 315 | 330 | 330 | 335 |
| 4-7 years | 220 | 225 | 235 | 245 | 255 | 270 | 270 | 275 |
| 1-3 years | 180 | 185 | 195 | 205 | 215 | 225 | 225 | 230 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 | 125 | 130 | 130 | 135 |

Years

**Explanatory Notes**

1.  This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. See, e.g., 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2.  This matrix is based on the hourly rates allowed by the District Court in Laffey v. Northwest Airlines, Inc., 572 F. Supp. 354 (D.D.C. 1983), aff'd in part, rev'd in part on other grounds, 746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). See Laffey, 572 F. Supp. at 371.

3.  The hourly rates approved by the District Court in Laffey were for work done principally in 1981-82. The Matrix begins with those rates. See Laffey, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4.  Use of an updated Laffey Matrix was implicitly endorsed by the Court of Appeals in Save Our Cumberland Mountains v. Hodel, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated Laffey Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. See Covington v. District of Columbia, 57 F.3d 1101, 1105 n. 14, 1109 (D.C. Cir. 1995), cert. denied, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated Laffey Matrix when determining whether fee awards under fee-shifting statutes are reasonable. See, e.g., Blackman v. District of Columbia, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); Jefferson v. Milvets System Technology, Inc., 986 F. Supp. 6, 11 (D.D.C. 1997); Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin., 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); Martini v. Fed. Nat'l Mtg Ass'n, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); Park v. Howard University, 881 F. Supp. 653, 654 (D.D.C. 1995).

Last Updated on
06/21/2010

# APPENDIX D

## SALARY TABLE 2010-DCB
### INCORPORATING THE 1.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 24.22%
### FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-VA-WV-PA
(See http://www.opm.gov/oca/10tables/locdef.asp for definitions of locality pay areas.)

### TOTAL INCREASE: 2.42%

### EFFECTIVE JANUARY 2010

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,115 | $ 22,854 | $ 23,589 | $ 24,321 | $ 25,056 | $ 25,489 | $ 26,215 | $ 26,948 | $ 26,977 | $ 27,663 |
| 2 | 24,865 | 25,456 | 26,279 | 26,977 | 27,280 | 28,082 | 28,885 | 29,687 | 30,490 | 31,292 |
| 3 | 27,130 | 28,034 | 28,938 | 29,843 | 30,747 | 31,651 | 32,556 | 33,460 | 34,364 | 35,269 |
| 4 | 30,456 | 31,471 | 32,486 | 33,501 | 34,516 | 35,531 | 36,546 | 37,560 | 38,575 | 39,590 |
| 5 | 34,075 | 35,210 | 36,346 | 37,481 | 38,616 | 39,752 | 40,887 | 42,022 | 43,158 | 44,293 |
| 6 | 37,983 | 39,249 | 40,514 | 41,780 | 43,046 | 44,312 | 45,578 | 46,843 | 48,109 | 49,375 |
| 7 | 42,209 | 43,616 | 45,024 | 46,431 | 47,838 | 49,246 | 50,653 | 52,061 | 53,468 | 54,875 |
| 8 | 46,745 | 48,303 | 49,861 | 51,418 | 52,976 | 54,534 | 56,092 | 57,649 | 59,207 | 60,765 |
| 9 | 51,630 | 53,350 | 55,070 | 56,791 | 58,511 | 60,232 | 61,952 | 63,673 | 65,393 | 67,114 |
| 10 | 56,857 | 58,752 | 60,648 | 62,544 | 64,439 | 66,335 | 68,230 | 70,126 | 72,022 | 73,917 |
| 11 | 62,467 | 64,548 | 66,630 | 68,712 | 70,794 | 72,876 | 74,958 | 77,040 | 79,122 | 81,204 |
| 12 | 74,872 | 77,368 | 79,864 | 82,359 | 84,855 | 87,350 | 89,846 | 92,341 | 94,837 | 97,333 |
| 13 | 89,033 | 92,001 | 94,969 | 97,936 | 100,904 | 103,872 | 106,839 | 109,807 | 112,774 | 115,742 |
| 14 | 105,211 | 108,717 | 112,224 | 115,731 | 119,238 | 122,744 | 126,251 | 129,758 | 133,264 | 136,771 |
| 15 | 123,758 | 127,883 | 132,009 | 136,134 | 140,259 | 144,385 | 148,510 | 152,635 | 155,500 * | 155,500 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

# APPENDIX E

## SALARY TABLE 2010-CHI
### INCORPORATING THE 1.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 25.10%
### FOR THE LOCALITY PAY AREA OF CHICAGO-NAPERVILLE-MICHIGAN CITY, IL-IN-WI
(See http://www.opm.gov/oca/10tables/locdef.asp for definitions of locality pay areas.)

**TOTAL INCREASE: 2.01%**

**EFFECTIVE JANUARY 2010**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,272 | $ 23,016 | $ 23,756 | $ 24,493 | $ 25,234 | $ 25,669 | $ 26,401 | $ 27,139 | $ 27,168 | $ 27,859 |
| 2 | 25,041 | 25,637 | 26,465 | 27,168 | 27,473 | 28,281 | 29,090 | 29,898 | 30,706 | 31,514 |
| 3 | 27,322 | 28,233 | 29,143 | 30,054 | 30,965 | 31,875 | 32,786 | 33,697 | 34,608 | 35,518 |
| 4 | 30,672 | 31,694 | 32,716 | 33,738 | 34,760 | 35,782 | 36,804 | 37,826 | 38,849 | 39,871 |
| 5 | 34,316 | 35,460 | 36,603 | 37,746 | 38,890 | 40,033 | 41,177 | 42,320 | 43,463 | 44,607 |
| 6 | 38,252 | 39,527 | 40,801 | 42,076 | 43,351 | 44,626 | 45,900 | 47,175 | 48,450 | 49,725 |
| 7 | 42,508 | 43,925 | 45,342 | 46,760 | 48,177 | 49,595 | 51,012 | 52,429 | 53,847 | 55,264 |
| 8 | 47,076 | 48,645 | 50,214 | 51,783 | 53,351 | 54,920 | 56,489 | 58,058 | 59,626 | 61,195 |
| 9 | 51,995 | 53,728 | 55,461 | 57,193 | 58,926 | 60,658 | 62,391 | 64,124 | 65,856 | 67,589 |
| 10 | 57,260 | 59,169 | 61,078 | 62,987 | 64,896 | 66,805 | 68,714 | 70,623 | 72,532 | 74,441 |
| 11 | 62,909 | 65,006 | 67,102 | 69,199 | 71,296 | 73,392 | 75,489 | 77,586 | 79,682 | 81,779 |
| 12 | 75,403 | 77,916 | 80,429 | 82,943 | 85,456 | 87,969 | 90,482 | 92,996 | 95,509 | 98,022 |
| 13 | 89,664 | 92,653 | 95,641 | 98,630 | 101,619 | 104,607 | 107,596 | 110,585 | 113,573 | 116,562 |
| 14 | 105,956 | 109,488 | 113,019 | 116,551 | 120,082 | 123,614 | 127,145 | 130,677 | 134,209 | 137,740 |
| 15 | 124,635 | 128,789 | 132,944 | 137,098 | 141,253 | 145,407 | 149,562 | 153,717 | 155,500 * | 155,500 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

# APPENDIX F

Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St, 18th Floor
Chicago, IL 60603-3403

REDACTED

Date: 11/15/2010



Regarding: J. C. CHRISTIANSEN & ASSOCIATES, INC. V. MARTIN,
Invoice No: 00022

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/01/2009 | DAE | prepare complaint | 0.50 | $550.00 | $275.00 |
| 9/02/2009 | MRT | review file & complaint, assign to TNH | 0.20 | $400.00 | $80.00 |
| 9/03/2009 | DM | Drafted appearances, summons, civil cover sheet | 0.20 | $100.00 | $20.00 |
| 9/03/2009 | DM | Proofread complaint, gave to partners for approval | 0.20 | $100.00 | $20.00 |
| 9/03/2009 | DM | Drafted letter to cl, mailed to cl | 0.20 | $100.00 | $20.00 |
| 9/03/2009 | JOL | work on complaint | 0.30 | $550.00 | $165.00 |
| 9/03/2009 | TNH | review complaint | 0.10 | $230.00 | $23.00 |
| 9/11/2009 | DM | Talked to KJ, e-mails to/from TNH re: complaint; called cl | 0.20 | $100.00 | $20.00 |
| 9/11/2009 | DM | Email to cl | 0.20 | $100.00 | $20.00 |
| 9/14/2009 | TNH | review revisions to the complaint | 0.10 | $230.00 | $23.00 |
| 9/15/2009 | DM | Prepared, gave complaint to MRT for filing | 0.10 | $100.00 | $10.00 |
| 9/15/2009 | MS | reviewed docs, efiled complaint, CCS, DAE's appearance, receipts to MRT | 0.30 | $100.00 | $30.00 |
| 9/15/2009 | TNH | reviewed complaint | 0.10 | $230.00 | $23.00 |
| 9/16/2009 | DM | Filed CMC, JOL, TNH appearances, | 0.20 | $100.00 | $20.00 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.:     2

e-mailed summons to be issued to
NDIL intake clerk

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2009 | EC | served summons at CT corp | 0.30 | $100.00 | $30.00 |
| 9/17/2009 | DM | Memo to docket w/ D's answer deadline | 0.10 | $100.00 | $10.00 |
| 9/17/2009 | DM | E-mail to cl | 0.10 | $100.00 | $10.00 |
| 9/17/2009 | DM | Filed summons ret executed | 0.10 | $100.00 | $10.00 |
| 10/05/2009 | TNH | e-mail to and from Nabil re extension of time to answer | 0.20 | $230.00 | $46.00 |
| 10/14/2009 | DM | Drafted class cert mtn and memo | 0.60 | $100.00 | $60.00 |
| 10/15/2009 | DM | Calls to/from cl | 0.10 | $100.00 | $10.00 |
| 10/15/2009 | DM | Edited class cert mtn and memo | 0.30 | $100.00 | $30.00 |
| 10/15/2009 | DM | Prepared class cert mtn, memo, and appendix, drafted and prepared notice for filing; filed same | 0.60 | $100.00 | $60.00 |
| 10/16/2009 | DM | Prepared courtesy copy of class cert mtn for judge | 0.20 | $100.00 | $20.00 |
| 10/19/2009 | EC | processed all case docs to date, made logging file, sorted docs into research/pleading/client docs/correspondence and gave to KY to make into binder | 0.30 | $100.00 | $30.00 |
| 10/21/2009 | DM | Prepared TNH docs for class cert hearing on 10.22 | 0.10 | $100.00 | $10.00 |
| 10/22/2009 | TNH | P's mtn for class cert | 1.00 | $230.00 | $230.00 |
| 10/23/2009 | DAE | e-mails from/to TNH | 0.10 | $550.00 | $55.00 |
| 10/23/2009 | TNH | e-mail from client | 0.10 | $230.00 | $23.00 |
| 10/23/2009 | TNH | e-mail to and from DAE | 0.10 | $230.00 | $23.00 |
| 10/23/2009 | TNH | edit and revise protective order as per DAE | 0.10 | $230.00 | $23.00 |
| 10/26/2009 | DM | Processed minute entry and CASR | 0.10 | $100.00 | $10.00 |

:delman, Combs, Latturner & Goodwin LLC

Page No.:     3

| 10/27/2009 | MRT | Conf TNH | 0.10 | $400.00 | $40.00 |
|---|---|---|---|---|---|
| 10/27/2009 | TNH | conf MRT re client | 0.10 | $230.00 | $23.00 |
| 10/27/2009 | TNH | e-mail to client | 0.10 | $230.00 | $23.00 |
| 10/29/2009 | DM | Processed D's answer to complaint | 0.10 | $100.00 | $10.00 |
| 11/04/2009 | DM | E-mail to cl | 0.10 | $100.00 | $10.00 |
| 11/12/2009 | DM | Drafted joint initial status report | 0.30 | $100.00 | $30.00 |
| 11/13/2009 | DM | Memo to docket re: 26(f) conf, processed same | 0.10 | $100.00 | $10.00 |
| 11/16/2009 | DM | Edited joint initial status rpt | 0.10 | $100.00 | $10.00 |
| 11/20/2009 | DM | Processed e-mail to OC scheduling 26(f) conference | 0.10 | $100.00 | $10.00 |
| 12/04/2009 | DM | Processed mtn for prot order, memo to file re: class size | 0.10 | $100.00 | $10.00 |
| 12/11/2009 | DM | Drafted P's 1st discovery requests | 0.70 | $100.00 | $70.00 |
| 12/11/2009 | DM | Processed minute order granting order of protection, order of protection, CASR re: same | 0.10 | $100.00 | $10.00 |
| 12/14/2009 | DM | Made DAE edits to 1st discovery requests | 0.10 | $100.00 | $10.00 |
| 12/15/2009 | DM | Saved copy of net worth info to TM, copied DAE/TNH, processed same | 0.10 | $100.00 | $10.00 |
| 12/17/2009 | DM | Drafted class settlement demand | 0.20 | $100.00 | $20.00 |
| 12/18/2009 | DM | Processed JSR (not filed) w/ docketed dates | 0.10 | $100.00 | $10.00 |
| 12/21/2009 | DAE | conf TNH re fee demand | 0.10 | $550.00 | $55.00 |
| 12/21/2009 | DM | Drafted, edited 26(a)(1)s, copied/added appendix | 0.40 | $100.00 | $40.00 |
| 12/21/2009 | TNH | conf client | 0.10 | $230.00 | $23.00 |
| 12/21/2009 | TNH | conf DAE re amount to request for attorneys fees | 0.10 | $230.00 | $23.00 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:     4

| | | | | | |
|---|---|---|---|---|---|
| 12/22/2009 | DM | Edited settlement demand, faxed/emailed to OC | 0.20 | $100.00 | $20.00 |
| 12/28/2009 | DM | Processed settlement demand | 0.10 | $100.00 | $10.00 |
| 12/30/2009 | DM | Redacted exhibit to 26(a)(1)s | 0.10 | $100.00 | $10.00 |
| 1/04/2010 | DM | Served 26(a)(1)s by fax/mail on OC | 0.10 | $100.00 | $10.00 |
| 1/08/2010 | DM | Processed P's Rule 26(a)(1) disclosures | 0.10 | $100.00 | $10.00 |
| 1/08/2010 | TNH | e-mail to oc re f/u questions | 0.10 | $230.00 | $23.00 |
| 1/08/2010 | TNH | edit and revise settlement demand to add fee demand | 0.10 | $230.00 | $23.00 |
| 1/11/2010 | DM | Investigated whether we have other clients/ potential clients w/ claims against D, discussed same w/ TNH | 0.20 | $100.00 | $20.00 |
| 1/11/2010 | DM | Sent settlement demand to OC by fax/email, docketed exp date, processed same | 0.20 | $100.00 | $20.00 |
| 1/11/2010 | TNH | conf DM re other cases | 0.10 | $230.00 | $23.00 |
| 1/12/2010 | DAE | Conf TNH re: other cases | 0.10 | $550.00 | $55.00 |
| 1/12/2010 | DM | Talked to KJ re: p/c's w/ same claim, email from/to TNH re: same | 0.10 | $100.00 | $10.00 |
| 1/12/2010 | DM | Drafted letter to OC confirming that we don't represent any other individuals w/ same claim, faxed/e-mailed same to OC | 0.20 | $100.00 | $20.00 |
| 1/12/2010 | TNH | conf DAE re letter to OC re other cases | 0.10 | $230.00 | $23.00 |
| 1/12/2010 | TNH | edit and revise letter to oc | 0.10 | $230.00 | $23.00 |
| 1/12/2010 | TNH | e-mails to/from DM re other cases | 0.10 | $230.00 | $23.00 |
| 1/15/2010 | CMC | conf dae and tnh | 0.20 | $550.00 | $110.00 |
| 1/15/2010 | DAE | conf CMC, TNH | 0.20 | $550.00 | $110.00 |
| 1/15/2010 | DM | Processed email to docket re: following up w/ OC re: doc production, D's doc | 0.10 | $100.00 | $10.00 |

production

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 1/15/2010 | DM | Docketed date for TNH to follow up w/ OC re: doc production of account notes | 0.10 | $100.00 | $10.00 |
| 1/15/2010 | DM | Looked into underlying debt, conf TNH re: same | 0.40 | $100.00 | $40.00 |
| 1/15/2010 | TNH | conf OC re def settlement counteroffer | 0.20 | $230.00 | $46.00 |
| 1/15/2010 | TNH | conf DAE and CMC | 0.20 | $230.00 | $46.00 |
| 1/15/2010 | TNH | conf DM re client file and info on underlying debt and claims | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | CMC | conf dae and tnh re tcpa | 0.20 | $550.00 | $110.00 |
| 1/18/2010 | DAE | Conf CMC, TNH re: TCPA claim | 0.20 | $550.00 | $110.00 |
| 1/18/2010 | DAE | Conf TNH re: settlement offer | 0.10 | $550.00 | $55.00 |
| 1/18/2010 | DM | Faxed/emailed settlement demand to OC | 0.20 | $100.00 | $20.00 |
| 1/18/2010 | TNH | e-mail from client and DAE | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | TNH | e-mail to oc withdrawing demand | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | TNH | conf DAE and CMC re TCPA claim | 0.20 | $230.00 | $46.00 |
| 1/18/2010 | TNH | conf client | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | TNH | conf client | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | TNH | draft settlement demand | 0.10 | $230.00 | $23.00 |
| 1/18/2010 | TNH | conf DAE re Def settlement offer | 0.10 | $230.00 | $23.00 |
| 1/19/2010 | DM | Looked up cases for TNH, e-mail to cl | 0.30 | $100.00 | $30.00 |
| 1/19/2010 | DM | Processed settlement demand and email withdrawing same | 0.10 | $100.00 | $10.00 |
| 1/19/2010 | DM | Faxed settlement demand to OC, docketed exp date | 0.20 | $100.00 | $20.00 |
| 1/20/2010 | DM | Processed settlement demand | 0.10 | $100.00 | $10.00 |
| 1/20/2010 | DM | Processed minute entry re: status | 0.10 | $100.00 | $10.00 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.:    6

report

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/21/2010 | TNH | conf client | 0.10 | $230.00 | $23.00 |
| 1/21/2010 | TNH | conf Nabil re def settlement offer | 0.10 | $230.00 | $23.00 |
| 1/22/2010 | DM | Faxed/emailed settlement demand to OC | 0.20 | $100.00 | $20.00 |
| 1/25/2010 | DM | Processed settlement demand | 0.10 | $100.00 | $10.00 |
| 2/10/2010 | TNH | draft settlement docs | 1.00 | $230.00 | $230.00 |
| 2/15/2010 | DM | Drafted settlement class notice | 0.60 | $100.00 | $60.00 |
| 2/19/2010 | TNH | edit and revise class settlement docs | 0.50 | $230.00 | $115.00 |
| 2/24/2010 | DAE | Conf TNH re: joint status report | 0.10 | $550.00 | $55.00 |
| 2/24/2010 | DM | Drafted joint status report, e-mailed to OC for review | 0.20 | $100.00 | $20.00 |
| 2/24/2010 | TNH | conf DAE and e-mail to oc re joint status report | 0.20 | $230.00 | $46.00 |
| 2/25/2010 | CMC | work on settlement docs | 0.50 | $550.00 | $275.00 |
| 2/25/2010 | DAE | Conf TNH re: release | 0.10 | $550.00 | $55.00 |
| 2/25/2010 | DM | Filed joint status report, prepared courtesy copy | 0.20 | $100.00 | $20.00 |
| 2/25/2010 | FRG | Conf TNH re: settlement agreement | 0.10 | $350.00 | $35.00 |
| 2/25/2010 | TNH | finalize settlement docs | 0.50 | $230.00 | $115.00 |
| 2/25/2010 | TNH | conf DAE re client's release language | 0.10 | $230.00 | $23.00 |
| 2/25/2010 | TNH | conf oc re revision to status report | 0.10 | $230.00 | $23.00 |
| 2/25/2010 | TNH | conf CMC re revisions to settlement agreement | 0.10 | $230.00 | $23.00 |
| 2/25/2010 | TNH | conf FRG re CMC's revisions to settlement agreement | 0.10 | $230.00 | $23.00 |
| 2/26/2010 | DM | Discussed e-mail to client w/ TNH; e-mail to client | 0.20 | $100.00 | $20.00 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.:　7

| 2/26/2010 | DM | E-mail to cl | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|
| 2/26/2010 | DM | Proofread draft settlement documents, e-mailed to OC | 0.50 | $100.00 | $50.00 |
| 2/26/2010 | DM | Processed joint status report, docketed 45-day deadline to file preliminary app mtn | 0.10 | $100.00 | $10.00 |
| 2/26/2010 | MRT | Conf TNH re: settlement docs | 0.10 | $400.00 | $40.00 |
| 2/26/2010 | TNH | make CMC revisions to settlement docs | 0.50 | $230.00 | $115.00 |
| 2/26/2010 | TNH | conf client | 0.10 | $230.00 | $23.00 |
| 2/26/2010 | TNH | conf DM re draft of agreement | 0.10 | $230.00 | $23.00 |
| 2/26/2010 | TNH | conf MRT re settlement docs | 0.10 | $230.00 | $23.00 |
| 3/01/2010 | DM | E-mail from/to client | 0.10 | $100.00 | $10.00 |
| 3/25/2010 | DM | Drafted letter to cl | 0.10 | $100.00 | $10.00 |
| 3/26/2010 | DM | E-mail to cl | 0.10 | $100.00 | $10.00 |
| 4/01/2010 | DM | Processed settlement agreement signed by client, ECLG | 0.10 | $100.00 | $10.00 |
| 4/01/2010 | DM | E-mailed signed settlement agreement to OC | 0.10 | $100.00 | $10.00 |
| 4/06/2010 | DM | Processed fully-executed settlement agreement | 0.10 | $100.00 | $10.00 |
| 4/09/2010 | DM | Prepared, filed mtn for prelim approval; drafted and filed notice; prepared courtesy copy | 0.70 | $100.00 | $70.00 |
| 4/12/2010 | DM | Processed prelim app mtn and notice | 0.10 | $100.00 | $10.00 |
| 4/14/2010 | DM | Prepared TNH docs for prelim approval hearing | 0.10 | $100.00 | $10.00 |
| 4/14/2010 | DM | Formatted prelim approval order in WP | 0.20 | $100.00 | $20.00 |
| 4/14/2010 | DM | Prepared TNH prelim approval checklist | 0.40 | $100.00 | $40.00 |
| 4/15/2010 | DM | Prepared, e-mailed proposed prelim approval order to Judge in WP/Word | 0.40 | $100.00 | $40.00 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.: 8

formats

| | | | | | |
|---|---|---|---|---|---|
| 4/15/2010 | TNH | edit and revise preliminary approval order and class notice as per Court | 0.50 | $230.00 | $115.00 |
| 4/15/2010 | TNH | conf Nabil re status of revised documents | 0.10 | $230.00 | $23.00 |
| 4/15/2010 | TNH | mtn for preliminary approval | 0.60 | $230.00 | $138.00 |
| 4/19/2010 | DM | Processed CASR and ct.'s revisions to prelim app order/class notice | 0.10 | $100.00 | $10.00 |
| 4/19/2010 | TNH | e-mail to and from client | 0.20 | $230.00 | $46.00 |
| 4/23/2010 | DM | Discussed prelim app order w/ TNH | 0.10 | $100.00 | $10.00 |
| 4/23/2010 | DM | Processed minute entry denying class cert, granting prelim approval, setting fairness hearing | 0.10 | $100.00 | $10.00 |
| 4/23/2010 | TNH | conf DM re entering preliminary approval order | 0.10 | $230.00 | $23.00 |
| 4/26/2010 | DM | Drafted, prepared delivery to Judge Hart w/ revised class notice and prelim approval order; cc'ed OC by e-mail | 0.30 | $100.00 | $30.00 |
| 4/26/2010 | TNH | called court w/oc re issue with preliminary approval order entry | 0.20 | $230.00 | $46.00 |
| 4/27/2010 | DM | PC from Judge Hart's clerk re: signing of preliminary approval order | 0.10 | $100.00 | $10.00 |
| 4/28/2010 | TNH | review Judge's revisions to preliminary approval order | 0.10 | $230.00 | $23.00 |
| 4/29/2010 | DM | Processed CAFA notice and minute order entering prelim app order | 0.10 | $100.00 | $10.00 |
| 5/03/2010 | DM | Docketed ECLG deadline to file final approval memo | 0.10 | $100.00 | $10.00 |
| 5/11/2010 | DM | Processed prelim app order, memo to docket re: final approval memo | 0.10 | $100.00 | $10.00 |
| 5/17/2010 | DAE | Conf GL re: class definition | 0.10 | $550.00 | $55.00 |
| 5/17/2010 | DM | Class member phone calls | 0.50 | $100.00 | $50.00 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.:     9

| 5/17/2010 | DM | Drafted paralegal memo and 504 script; talked to CE, MRT re: same | 0.60 | $100.00 | $60.00 |
|---|---|---|---|---|---|
| 5/17/2010 | GL | returning pc to class member | 0.20 | $100.00 | $20.00 |
| 5/17/2010 | GL | reviewing class notice | 0.10 | $100.00 | $10.00 |
| 5/17/2010 | GL | conf w/ DAE re: pot. issue w/ class def | 0.10 | $100.00 | $10.00 |
| 5/17/2010 | MRT | review memo for class calls | 0.30 | $400.00 | $120.00 |
| 5/18/2010 | CPM | Conf TNH re: settlement terms, TCPA | 0.30 | $230.00 | $69.00 |
| 5/18/2010 | DAE | Conf TNH | 0.10 | $550.00 | $55.00 |
| 5/18/2010 | DM | Returned class member Simms PC | 0.10 | $100.00 | $10.00 |
| 5/18/2010 | DM | Conf TNH | 0.10 | $100.00 | $10.00 |
| 5/18/2010 | DM | Class member phone call | 0.20 | $100.00 | $20.00 |
| 5/18/2010 | DM | Class member came in to ask questions about notice | 0.10 | $100.00 | $10.00 |
| 5/18/2010 | DM | PC cl | 0.10 | $100.00 | $10.00 |
| 5/18/2010 | TNH | e-mail from client | 0.10 | $230.00 | $23.00 |
| 5/18/2010 | TNH | conf DAE and DM re client sending in claim form | 0.20 | $230.00 | $46.00 |
| 5/18/2010 | TNH | conf CPM re terms of settlement and TCPA claims | 0.30 | $230.00 | $69.00 |
| 5/19/2010 | DM | Class member phone calls | 0.30 | $100.00 | $30.00 |
| 5/20/2010 | DM | Mailed claim form sent to us in error to claims administrator | 0.10 | $100.00 | $10.00 |
| 5/21/2010 | DM | Mailed claim forms sent to us in error to class administrator | 0.10 | $100.00 | $10.00 |
| 5/24/2010 | DM | Created opt out list, saved Klein opt out to TM, e-mailed same to OC | 0.20 | $100.00 | $20.00 |
| 5/24/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 5/25/2010 | DM | Processed opt-out | 0.10 | $100.00 | $10.00 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:    10

| | | | | | |
|---|---|---|---|---|---|
| 5/26/2010 | DM | Class member phone calls | 0.20 | $100.00 | $20.00 |
| 5/26/2010 | DM | Mailed claim forms sent to us in error to class administrator | 0.10 | $100.00 | $10.00 |
| 6/02/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 6/03/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 6/04/2010 | DM | PC from class member Rodman re: didn't receive claim form; mailed same to class member | 0.20 | $100.00 | $20.00 |
| 6/07/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 6/10/2010 | DM | Class member calls from class member Donahue | 0.30 | $100.00 | $30.00 |
| 6/16/2010 | DM | Mailed claim forms sent to us in error to class administrator | 0.10 | $100.00 | $10.00 |
| 6/17/2010 | DM | Drafted, mailed letter to class member Herren re: opt-out request | 0.20 | $100.00 | $20.00 |
| 6/18/2010 | DM | E-mailed opt-out from class member Michael to OC | 0.10 | $100.00 | $10.00 |
| 6/23/2010 | DM | Mailed claim form sent to us in error to class administrator | 0.10 | $100.00 | $10.00 |
| 6/25/2010 | DM | PC from class member Donahue re: claim form, other issues | 0.20 | $100.00 | $20.00 |
| 7/06/2010 | DM | Mailed class member Boatright claim form to class admin | 0.10 | $100.00 | $10.00 |
| 7/06/2010 | DM | PC from class member Cathy White - son is deceased, got class notice | 0.10 | $100.00 | $10.00 |
| 7/08/2010 | DM | Forwarded class member Raval claim form to class administrator | 0.10 | $100.00 | $10.00 |
| 7/14/2010 | DM | Mailed claim forms sent to us in error to class admin | 0.10 | $100.00 | $10.00 |
| 7/14/2010 | DM | Class member phone call - Donohue | 0.10 | $100.00 | $10.00 |
| 7/20/2010 | DM | Drafted, edited, mailed letter to possible class member Herren re: possible exclusion request | 0.20 | $100.00 | $20.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/03/2010 | DM | Mailed claim form received in error to class admin | 0.10 | $100.00 | $10.00 |
| 8/04/2010 | DM | Mailed claim form sent to us in error to class admin | 0.10 | $100.00 | $10.00 |
| 8/10/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 8/25/2010 | TNH | e-mail to oc re class mailing results | 0.10 | $230.00 | $23.00 |
| 8/25/2010 | TNH | e-mail from and to oc re class information required to final approval memo | 0.30 | $230.00 | $69.00 |
| 8/26/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 9/01/2010 | TNH | e-mail to oc re status of class memo information | 0.10 | $230.00 | $23.00 |
| 9/02/2010 | DM | Processed summary of class notice mailing from D | 0.10 | $100.00 | $10.00 |
| 9/07/2010 | DM | Drafted, faxed/e-mailed letter to OC re: class member numbers discrepancy | 0.20 | $100.00 | $20.00 |
| 9/07/2010 | DM | Discussed status of class member Herren w/ TNH, DAE | 0.20 | $100.00 | $20.00 |
| 9/07/2010 | DM | Drafted final approval memorandum and began to assemble exhibits | 1.70 | $100.00 | $170.00 |
| 9/07/2010 | TNH | conf DAE and DM re disparity in class size | 0.40 | $230.00 | $92.00 |
| 9/07/2010 | TNH | e-mail to Nabil about deceased class member | 0.20 | $230.00 | $46.00 |
| 9/08/2010 | DAE | Reviewed, edited final approval memorandum | 0.50 | $550.00 | $275.00 |
| 9/08/2010 | DM | Processed letter to OC re: discrepancy in class numbers | 0.10 | $100.00 | $10.00 |
| 9/08/2010 | TNH | conf DM re DAE revisions to memo | 0.20 | $230.00 | $46.00 |
| 9/08/2010 | TNH | review, edit and revise final approval memorandum | 1.20 | $230.00 | $276.00 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:    12

| | | | | | |
|---|---|---|---|---|---|
| 9/10/2010 | TNH | conf OC re final numbers for final approval memo | 0.10 | $230.00 | $23.00 |
| 9/13/2010 | DM | E-mailed opt-out to OC | 0.10 | $100.00 | $10.00 |
| 9/13/2010 | TNH | conf DM re e-mail from oc re missing class notice | 0.20 | $230.00 | $46.00 |
| 9/13/2010 | TNH | Conf FRG re missing class notice | 0.10 | $230.00 | $23.00 |
| 9/13/2010 | TNH | e-mail to and from DAE re class notice mailing issue | 0.10 | $230.00 | $23.00 |
| 9/13/2010 | TNH | e-mails from OC re missing class notice | 0.10 | $230.00 | $23.00 |
| 9/14/2010 | DM | Processed opt-out, e-mail from OC re: class member discrepancy | 0.10 | $100.00 | $10.00 |
| 9/14/2010 | TNH | conf DAE re notice period for additional class members | 0.10 | $230.00 | $23.00 |
| 9/14/2010 | TNH | conf DAE, CMC & JOL re additional class members | 0.20 | $230.00 | $46.00 |
| 9/14/2010 | TNH | e-mail to oc re notice to 21 class members | 0.10 | $230.00 | $23.00 |
| 9/15/2010 | CMC | conf w JOL | 0.20 | $550.00 | $110.00 |
| 9/15/2010 | DM | PC to cl | 0.10 | $100.00 | $10.00 |
| 9/15/2010 | DM | Drafted mtn to reset fairness hearing, revised class notice | 0.40 | $100.00 | $40.00 |
| 9/15/2010 | DM | Edited, proofread, filed mtn to reset fairness hearing and notice; prepared courtesy copy; docketed hearing date | 0.50 | $100.00 | $50.00 |
| 9/15/2010 | JOL | work on motion to reconsider; conf tnh | 0.60 | $550.00 | $330.00 |
| 9/15/2010 | TNH | edit and revise motion to reset Fairness Hearing | 0.50 | $230.00 | $115.00 |
| 9/15/2010 | TNH | conf CMC and JOL re mtn | 0.20 | $230.00 | $46.00 |
| 9/15/2010 | TNH | conf OC NF re mtn to reset fairness hearing | 0.20 | $230.00 | $46.00 |
| 9/15/2010 | TNH | edit and revise mtn as per JOL & other | 0.30 | $230.00 | $69.00 |

:delman, Combs, Latturner & Goodwin LLC
Page No.:    13

revisions

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2010 | DM | Processed mtn to reschedule fairness hearing and notice of same | 0.10 | $100.00 | $10.00 |
| 9/16/2010 | TNH | Fairness Hearing | 0.70 | $230.00 | $161.00 |
| 9/17/2010 | DM | Edited 2nd class notice for mailing | 0.20 | $100.00 | $20.00 |
| 9/20/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 9/20/2010 | TNH | review new notice for 21 additional class members | 0.20 | $230.00 | $46.00 |
| 9/22/2010 | DM | Docketed new deadline to file final approval memo | 0.10 | $100.00 | $10.00 |
| 9/22/2010 | DM | Processed minute entry and CASR re: new final approval hearing and re-mailing of class notice, memo to docket re: deadline to file final approval memo | 0.10 | $100.00 | $10.00 |
| 9/23/2010 | DM | E-mailed/distributed new paralegal memo | 0.20 | $100.00 | $20.00 |
| 9/23/2010 | DM | Returned class member PC - left vm | 0.10 | $100.00 | $10.00 |
| 9/23/2010 | DM | Drafted new paralegal memo re: new class mailing | 0.30 | $100.00 | $30.00 |
| 9/23/2010 | MRT | disc w/DM, review revised memo for paralegals | 0.30 | $400.00 | $120.00 |
| 10/11/2010 | DM | PC from class member Skolds | 0.10 | $100.00 | $10.00 |
| 10/19/2010 | DM | Class member phone call | 0.10 | $100.00 | $10.00 |
| 10/22/2010 | DM | Phone call from class member Donahue | 0.20 | $100.00 | $20.00 |
| 11/10/2010 | DM | Edited final approval memo | 0.50 | $100.00 | $50.00 |
| 11/10/2010 | TNH | e-mail to oc re results of second class mailing | 0.10 | $230.00 | $23.00 |
| 11/11/2010 | DM | Edited final approval memorandum, prepared DAE declaration | 0.40 | $100.00 | $40.00 |
| 11/15/2010 | DM | Edited final approval memorandum | 0.20 | $100.00 | $20.00 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:    14

| | | | | | |
|---|---|---|---|---|---|
| 11/15/2010 | FRG | conf. TNH re: final approval memo | 0.10 | $350.00 | $35.00 |
| 11/15/2010 | TNH | conf DM and find lang/case cites as per DAE revisions to Final Approval Memorandum | 0.20 | $230.00 | $46.00 |
| 11/15/2010 | TNH | review & edit final approval memo | 0.40 | $230.00 | $92.00 |
| 11/15/2010 | TNH | conf oc NF re class members and claim forms | 0.20 | $230.00 | $46.00 |
| 11/15/2010 | TNH | conf FRG re filing final approval memo | 0.10 | $230.00 | $23.00 |
| 11/15/2010 | TNH | conf DM re class administrator and claim form submissions | 0.10 | $230.00 | $23.00 |

Total Fees    $9,493.00

**Expenses**

| Start Date | Description | Charges |
|---|---|---|
| 9/03/2009 | Copy | $4.25 |
| 9/03/2009 | Postage | $1.83 |
| 9/15/2009 | Filing Fee | $350.00 |
| 9/16/2009 | Copy | $0.25 |
| 9/16/2009 | Copy | $3.00 |
| 9/16/2009 | Copy | $0.25 |
| 9/18/2009 | Phone charge | $0.12 |
| 10/05/2009 | Legal research cost<br>Invoice paid check #19409 - Pacer Service Center | $1.76 |
| 10/06/2009 | Copy | $2.00 |
| 10/07/2009 | Copy | $2.25 |
| 10/07/2009 | Copy | $1.00 |
| 10/08/2009 | Copy | $0.50 |
| 10/18/2009 | Phone charge | $0.04 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:   15

| 10/23/2009 | Copy | $0.25 |
|---|---|---|
| 10/28/2009 | Copy | $2.75 |
| 12/09/2009 | Copy | $2.75 |
| 12/10/2009 | Copy | $0.25 |
| 12/21/2009 | Copy | $0.50 |
| 12/22/2009 | Copy | $0.25 |
| 12/30/2009 | Copy | $0.25 |
| 1/04/2010 | Copy | $1.50 |
| 1/04/2010 | Postage | $0.61 |
| 1/06/2010 | Legal research cost<br>Invoice paid check #19769 - Pacer Service Center | $2.88 |
| 1/11/2010 | Copy | $0.50 |
| 1/15/2010 | Copy | $0.25 |
| 1/15/2010 | Copy | $4.50 |
| 1/18/2010 | Phone charge | $0.16 |
| 1/20/2010 | Copy | $0.75 |
| 1/22/2010 | Copy | $0.50 |
| 1/22/2010 | Fax | $3.00 |
| 2/18/2010 | Phone charge | $0.23 |
| 3/18/2010 | Phone charge | $0.02 |
| 4/07/2010 | Legal research cost<br>Invoice paid check #20113 - Pacer Service Center | $0.16 |
| 4/09/2010 | Copy | $10.50 |
| 4/09/2010 | Copy | $0.75 |

| | | |
|---|---|---|
| 4/16/2010 | Copy | $0.25 |
| 4/19/2010 | Copy | $0.50 |
| 4/26/2010 | Copy | $0.25 |
| 4/28/2010 | Copy | $0.50 |
| 4/29/2010 | Copy | $0.75 |
| 5/03/2010 | Copy | $2.75 |
| 5/18/2010 | Copy | $3.00 |
| 5/18/2010 | Phone charge | $0.28 |
| 5/20/2010 | Postage | $0.44 |
| 5/20/2010 | Copy | $0.50 |
| 5/21/2010 | Copy | $0.50 |
| 5/21/2010 | Postage | $0.44 |
| 5/26/2010 | Postage | $0.44 |
| 5/26/2010 | Copy | $1.00 |
| 6/04/2010 | Copy | $0.50 |
| 6/04/2010 | Postage | $0.44 |
| 6/16/2010 | Copy | $1.00 |
| 6/16/2010 | Postage | $0.44 |
| 6/17/2010 | Postage | $0.44 |
| 6/17/2010 | Copy | $0.25 |
| 6/18/2010 | Phone charge | $0.18 |
| 6/18/2010 | Copy | $0.50 |
| 6/23/2010 | Copy | $0.50 |
| 6/23/2010 | Postage | $0.44 |

Edelman, Combs, Latturner & Goodwin LLC
Page No.:   17

| 6/30/2010 | Legal research cost<br>Invoice paid check #20374 - LexisNexis | $0.72 |
| 7/06/2010 | Copy | $0.50 |
| 7/06/2010 | Postage | $0.44 |
| 7/07/2010 | Legal research cost<br>Invoice paid check #20409 - Pacer Service Center | $3.28 |
| 7/08/2010 | Copy | $0.50 |
| 7/08/2010 | Postage | $0.44 |
| 7/14/2010 | Copy | $0.75 |
| 7/14/2010 | Postage | $0.44 |
| 7/18/2010 | Phone charge | $0.10 |
| 7/20/2010 | Postage | $0.44 |
| 7/20/2010 | Copy | $0.25 |
| 8/03/2010 | Copy | $0.50 |
| 8/04/2010 | Postage | $0.44 |
| 8/04/2010 | Copy | $0.50 |
| 9/07/2010 | Copy | $0.50 |
| 9/07/2010 | Copy | $0.75 |
| 9/07/2010 | Copy | $1.00 |
| 9/07/2010 | Copy | $0.50 |
| 9/07/2010 | Fax | $2.00 |
| 9/13/2010 | Copy | $0.50 |
| 9/13/2010 | Copy | $0.50 |
| 9/17/2010 | Copy | $0.50 |

Edelman, Combs, Latturner & Goodwin LLC

Page No.:    18

| 9/18/2010 | Phone charge | $0.07 |
| 9/23/2010 | Copy | $4.00 |
| 9/23/2010 | Copy | $2.50 |
| 9/30/2010 | Legal research cost<br>Invoice paid check #20638 - LexisNexis | $3.25 |
| 10/05/2010 | Legal research cost<br>Invoice paid check #20670 - Pacer Service Center | $1.36 |
| 10/18/2010 | Phone charge | $0.08 |

Total Expenses    $443.66

Total New Charges    $9,936.66

### Staff Summary

| Name | Position | Hours | Rate | Fees |
| --- | --- | --- | --- | --- |
| Cathleen M. Combs | Partner | 1.10 | $550.00 | $605.00 |
| Cassandra P Miller | Associate | 0.30 | $230.00 | $69.00 |
| Daniel A. Edelman | Partner | 2.20 | $550.00 | $1,210.00 |
| Dan Marlin | Paralegal | 26.50 | $100.00 | $2,650.00 |
| Elizabeth Cross | Paralegal | 0.60 | $100.00 | $60.00 |
| Francis R. Greene | Partner | 0.20 | $350.00 | $70.00 |
| Samantha Glass | Paralegal | 0.40 | $100.00 | $40.00 |
| James O. Latturner | Partner | 0.90 | $550.00 | $495.00 |
| Michelle R. Teggelaar | Partner | 1.00 | $400.00 | $400.00 |
| Megan Stewart | Paralegal | 0.30 | $100.00 | $30.00 |
| Tiffany N. Hardy | Associate | 16.80 | $230.00 | $3,864.00 |

Tot Hrs:  50.30